

# NUMBER 13-21-000409-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JASON OMAR MORENO,                                    **Appellant,**

**v.**

THE STATE OF TEXAS,                                    **Appellee.**

## On appeal from the 92nd District Court
## of Hidalgo County, Texas.

# ORDER

### Before Justices Benavides, Hinojosa, and Tijerina
### Order Per Curiam

Appellate counsel filed an *Anders*[1] brief and a motion to withdraw as counsel in

---

[1]*See Anders v. California*, 386 U.S. 738, 744 (1967).

this cause. Appellant has been unable to examine the record in order to file a pro se response to the *Anders* brief. Appellant has filed a motion for access to the appellate record.

The Court, having fully examined and considered appellant's motion for access to the appellate record, is of the opinion that, in the interest of justice, appellant's motion should be granted with order. Accordingly, we GRANT appellant's motion, and it is hereby ORDERED that the trial court ensure that appellant has the opportunity to fully examine the appellate record on or before fifteen (15) days from the date of this order. It is FURTHER ORDERED the trial court notify this Court as to the date upon which the appellate record was made available to appellant. *See Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014).

Furthermore, Appellant shall have thirty (30) days from the day the appellate record is first made available to him to file his pro se brief with this Court. The State shall have twenty (20) days thereafter to file its response, if any.


PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
21st day of December, 2022.

2